# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 23, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158311 & (50)

CHRISTIE DeRUITER,
      Plaintiff/Counterdefendant-
      Appellee,

v

                                          SC: 158311
                                          COA: 338972
                                          Kent CC: 16-004195-CZ

TOWNSHIP OF BYRON,
      Defendant/Counterplaintiff-
      Appellant.
_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the July 17, 2018 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on the application. MCR 7.305(H)(1).

The appellant shall file a supplemental brief within 42 days of the date of this order addressing whether the defendant's zoning ordinance pertaining to the location of registered medical marijuana caregivers is preempted by the Michigan Medical Marihuana Act, MCL 333.26421 *et seq*. In addition to the brief, the appellant shall electronically file an appendix conforming to MCR 7.312(D)(2). In the brief, citations to the record must provide the appendix page numbers as required by MCR 7.312(B)(1). The appellee shall file a supplemental brief within 21 days of being served with the appellant's brief. The appellee shall also electronically file an appendix, or in the alternative, stipulate to the use of the appendix filed by the appellant. A reply, if any, must be filed by the appellant within 14 days of being served with the appellee's brief. The parties should not submit mere restatements of their application papers.

The Michigan Townships Association, the Michigan Municipal League, and the Government Law Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2019



d0116

                                                  Clerk